# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY, | Civil Action No. 20-03412 (SRC) |
| Plaintiff, | |
| v. | **ORDER** |
| GALAFORO CONSTRUCTION, LLC, | |
| Defendant. | |

**CHESLER**, District Judge

**IT APPEARING** that, on May 10, 2022, Plaintiff Arch Specialty Insurance Company ("Plaintiff") filed a motion for default judgment, (ECF No. 28), in the above-captioned action; and it further

**APPEARING** that, on June 6, 2022, this Court requested Plaintiff submit additional legal and/or factual materials establishing a basis for this Court's exercise of personal jurisdiction over Defendant Galaforo Construction, LLC within two weeks of the date of entry of that Order (ECF No. 29); and it further

**APPEARING** that Plaintiff did not respond by the deadline set by the Court; and it further

**APPEARING** that the Court then extended the deadline for Plaintiff's response by one week (ECF No. 30); and it further

**APPEARING** that Plaintiff still has not responded to the Court's Order; therefore

**IT IS** on this 6th day of July, 2022, hereby

**ORDERED** that Plaintiff's motion for default judgment, (ECF No. 28), is **DENIED** for lack of personal jurisdiction over Defendant Galaforo Construction, LLC; and it is further

**ORDERED** that Plaintiff's motion for default judgment, (ECF No. 28), is **TERMINATED**.

                                                    s/ Stanley R. Chesler
                                                Stanley R. Chesler, U.S.D.J